| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup, LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333<br>310.859.2325<br>128500<br>*Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: SOUTHERN AUTOMOTIVE MARKETING, INC.

CHAPTER 11

CASE NUMBER 6:09-bk-20734-BB

Debtor.

## DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: SHERI BLUEBLOND

1. Debtor hereby moves this Court for an Order converting the above chapter 11 case to a case under chapter 7 on the grounds set forth below: The Debtor's business has closed down and confirmation of a plan of reorganization is not in prospect.

2. **Filing Information:**

   a. [X] A Voluntary Petition under chapter [ ] 7 [X] 11 [ ] 12 [ ] 13 was filed on: May 20, 2009

   b. [ ] An Involuntary Petition under chapter [ ] 7 [ ] 11 was filed on:
      [ ] An Order of Relief under chapter [ ] 7 [ ] 11 was entered on:

   c. [ ] An Order of Conversion to chapter [ ] 7 [ ] 11 [ ] 12 [ ] 13 was entered on:

   d. [ ] Other *(specify)*:

3. **Procedural Status:**

   a. Name of trustee appointed *(if any)*:

   b. Name of Attorney of Record for trustee *(if any)*:

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1017-1.1**
F101711

Debtor's Motion to Convert Case - *Page 2*    **F 1017-1.1**

| In re SOUTHERN AUTOMOTIVE MARKETING, INC. | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 6:09-bk-20734-BB |

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 11 to a case under chapter 7.

Dated: October 2, 2009

Respectfully submitted,

Ervin Cohen & Jessup, LLP

*Firm Name*

By: _[signature]_

Name: Michael S. Kogan
*Attorney for Debtor/Trustee*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 1017-1.1**

| In re: SOUTHERN AUTOMOTIVE MARKETING, INC. Debtor(s). | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 6:09-bk-20734 BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document described as DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 706(a) OR 1112(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On October 5, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2009 | KIMBERLY ANTHONY | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:13578.1:925418.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                        F 9013-3.1

| In re:<br>SOUTHERN AUTOMOTIVE MARKETING INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 6:09-bk-20734 BB |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed): VIA U.S. MAIL**

Hon. Sheri Bluebond
U.S. Bankruptcy Court
255 E. Temple St., #1482
Los Angeles, CA 90012

Office of the U.S. Trustee
3685 Main Street, #300
Riverside, CA  92501

Debtor
Southern Automotive Marketing, Inc.
Attn: Michael Graeber
645 Auto Center Dr.
San Bernardino, CA 92408

San Bernardino Mitsubishi
645 Auto Center Dr.
San Bernardino, CA 92408

Request for Special Notice

Attorneys for MMCA
Duane M. Geck, Esq.
Severson & Werson
One Embarcadero Center #2600
San Francisco, CA 94111

Secured Creditor

Mitsubishi Motors Credit of America Inc.
POB 6038
Cypress, CA 90630

20 Largest Unsecured Creditors

MMCA
6400 Katella Avenue
Cypress, CA  90630

Bank of America N.A.
P.O. Box 30750
Los Angeles, CA 90030-0750

Citizens Business Bank
P.O. Box 4118
Ontario, CA 91761

San Bernardino County Sun
P.O. Box 6145
Covina, CA 91722

Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087

Sopus Products
P.O. Box 7247-6236
Philadelphia, PA 19170

KOLA
1940 Orange Tree Lane
Redlands, CA 92374

ADP Leasing
P.O. Box 34656
Newark, NJ 07189

ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695

KFRG
P.O. Box 100180
Pasadena, CA 91189

Michael L. Cox
Cox & Assoc.
5541 Arrow Hwy. Ste. A
Montclair, CA 91763

Westates Automotive Promotions
6800 Orangethorpe Ave.
Ste. H
Buena Park, CA 90620

Telepacific Communications
P.O. Box 526015
Sacramento, CA 95852

Autotrader.com
P.O. Box 932207
Atlanta, GA 31193

FM, KCAL
1940 Orange Tree Lane #200
Redlands, CA 92374

On-Line Administrators, Inc.
P.O. Box 4539
Chatsworth, CA 91311

KCXX 103.9
242 E. Airport Dr. #106
San Bernardino, CA 92408

Magic Broadcasting – KD
5055 Wilshire Blvd. #720
Los Angeles, CA 90048

Jazel
1 Spectrum Point #330
Lake Forest, CA 92630

Center Chevrolet, Inc.
1355 S. E St.
San Bernardino, CA 92408

IDOCS:13578.1:925418.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 9013-3.1